1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  VICKIE L. COLLIER,                         )
                                              )
11          Plaintiff,                        )      CASE NO.  C06-144-MJB
                                              )
12      v.                                    )      ORDER AWARDING PLAINTIFF
                                              )      ATTORNEY'S FEES, COSTS AND
13  JO ANNE B. BARNHART,                       )      EXPENSES PURSUANT TO THE
    Commissioner of Social Security,          )      EQUAL ACCESS TO JUSTICE ACT
14                                            )
            Defendant.                        )
15  _____ )

16      The above-named parties have filed a stipulation for attorney's fees, costs, and expenses

17  to be paid by the Defendant pursuant to the Equal Access to Justice Act (the "EAJA"), 28

18  U.S.C. § 2412 and 28 U.S.C. § 1920, in the amount of $3,227.02 in attorney's fees, $259.51 in

19  costs for filing fee and photocopies, and $51.33 in expenses for messenger service and postage,

20  for a total of $3,537.86.  Dkt. #18.

21      The Court finds that the stipulated attorney's fees, costs, and expenses in the amount of

22  $3,537.86 is reasonable in light of the work performed and the result achieved.

23  //

24  //

25  //

26  ORDER - 1

1       It is therefore ORDERED that Plaintiff's attorney, Anne Kysar, is awarded attorney fees

2   in the amount of $3,227.02, costs of $259.51, and expenses of $51.33 pursuant to the EAJA, for

3   a total award of $3,537.86.

4       DATED this 29th day of June, 2006.

5

6

7   _____

8   Monica J. Benton
    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2